IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER S. MANN,

        Plaintiff,

   v.

WASHINGTON COUNTY JAIL,

        Defendant.

Civil No. 09-1483-BR

ORDER

BROWN, District Judge.

    IT IS ORDERED that Plaintiff's letter request to dismiss this action without prejudice (#8) is GRANTED.

    IT IS SO ORDERED.

    DATED this __3rd__ day of March, 2010.

                     /s/ Anna J. Brown
                     ANNA J. BROWN
                     United States District Judge